REGALADO *v.* CALIFORNIA ET AL.

No. 10, Misc.   Decided June 17, 1963.

Petitioner *pro se.*

*Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *S. Clark Moore,* Deputy Attorney General, for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment of the Supreme Court of California is vacated and the case is remanded for further consideration in light of *Ker* v. *California, ante,* p. 23, and *McDonald* v. *United States,* 335 U. S. 451.

MR. JUSTICE HARLAN concurs in the result.